CLERK'S OFFICE U.S. DISTRICT. COURT
AT DANVILLE, VA
FILED

JAN 3 1 2023

LAURA A. AUSTIN, CLERK
BY: HMcDrraed
    DEPUTY CLERK

**FORM TO BE USED BY PLAINTIFFS IN FILING A COMPLAINT UNDER THE EQUAL EMPLOYMENT OPPORTUNITY ACT, 42 U.S.C. Chapter 21, Subchapter VI**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
_Danville_ DIVISION

William L. Smith                                  )
_____,                    )
                                                  )
        Plaintiff,                                )
                                                  )
v.                                                )   Civil Action No.: 4:23CV00003
                                                  )   (To be assigned by Clerk of District Court)
Louis Dejoy                                       )
_____                     )
Post Master General                               )   Jury Trial:   Yes     No
_____,                    )                 (circle one)
                                                  )
        Defendant(s).                             )
(Enter the full name(s) of ALL parties in this lawsuit.)
Please attach additional sheets if necessary).

## COMPLAINT

1. State the full name of the Plaintiff, address and telephone number.

   Name: William L. Smith Jr

   Address: 1002 Hillsdale St Reidsville, NC 27320

   Telephone Number: 743-244-5935

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

   a. Defendant No. 1

      Name: Louis Dejoy

      Address: _____

b. Defendant No. 2

   Name: _____

   Address: _____

**NOTE: IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).

3. On what day were you discharged from employment or otherwise affected by the alleged unlawful employment practice(s) of the defendant(s) above?

   Currently still employed

4. On what day was your complaint filed with the Equal Employment Opportunities Commission?

   8/2/19, 8/14/19, 7/20/20, 8/11/21 and 4/7/22.

5. What action did the Commission or its representatives take in regard to your complaint?

   The commision only conducted an investigation then dismissed the complaint.

6. If no action was taken or if your complaint was dismissed by the Commission, did you receive notice from the Commission within 180 days of the date listed in 4. above, of your right to bring a civil action to correct the alleged unlawful employment practice(s)?

   Yes

7. If the answer to 6. is yes, has 90 days passed since your receipt of the notice described in 6.?

   NO

8. Has any action been brought in any state court or in any other federal court concerning the alleged unlawful employment practice(s) of the above defendant(s)?

   NO

   If your answer to 8. is yes, describe the action in the spaces below.

    a. Parties to the action:

    _____

    _____

    b. Court (if federal court, give district; if state court, name the city or county):

    _____

    c. Docket Number: _____

    d. Judge's Name: _____

    e. Is the case still pending: _____  If not, what was the ruling? _____

    _____

    _____

    Was the case appealed? _____

**If more than one action has been filed, please provide this information on a separate sheet of paper and label this information as paragraph 8.f., etc. Check here if additional sheets of paper are attached:** ☐

9. Are there any state or local agencies presently making active efforts to obtain a voluntary end to the alleged unlawful employment practice?

    ☐ Yes    ☒ No    ☐ I DON'T KNOW

If yes, please describe which agencies are involved and whether their efforts are being undertaken on your behalf?

_____

_____

_____

On the remainder of this form, please answer the questions relating to your problems with the defendant(s) and, if necessary, include additional sheets of paper in order to fully explain the facts beyond your complaint.

    A. What was or is your employer? US Postal Service _____

3

B. What individuals were involved in your discharge or other unlawful practice about which you are complaining? (Also explain what position each individual held, what that individual did that affected you, and about which you are complaining?)

Karen Hodges , Lisa Gladden and Natalie Gibson

C. If you were fired, what reasons were given for your discharge?

N/A

If you disagree with those reasons, what do you think were the real reasons?

N/A

D. Does your employer have a grievance procedure to use when employees are unhappy about actions taken against them? Yes

E. If so, did you file a grievance with your employer?

Yes

If you did, what action was taken?  Grievance filed through the union.

4

F. In the space below (and on additional sheets of paper, if necessary), please state any other facts which you consider important in this complaint.

See attachment for full statement.

G. If you were fired, have you been working since that time? N/A

If yes, for whom have you worked? N/A

What did you do? N/A

If you did not get another job, have you received unemployment compensation? N/A

F.                                          Full Statement

I am writing this letter to complaint about the unforeseen incidents that I've experienced while being employed at the U.S Postal Service.  I the complaint alleges hostile work environment, discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C.: Violation of USPS Labor Manual Rule §666.22 (Discrimination and Retaliation); and Violation of USPS employee labor manual §666.22 (Whistleblower Protection Retaliation). The harassment started on July 21, 2019 the postmaster made remarks about my skin color and the du-rag I was wearing on, my head. Karen Hodges stated " why do yall black people wear sun screen if you already dark". The post master then proceeds to ask "what is that wrapped around your head" I informed her it's a du-rag to protect my head from the sun since I'm bald headed and it keeps the sweat out my eyes. She then proceeds to tell me I can't wear the du-rag these comments were racially motivated, and I felt humiliated. The harassment continued 8/1/2019 when I needed to take some time off to pick up my children from their mother. This was a custody court order that I had to follow for visitation. I was approved for my time off the postmaster Karen Hodges cancelled the time approved on 8/1/2019 and added me to the schedule which would have intentionally made me AWOL.  The postmaster wanted me to ignore the court order and come to work she even insisted that my job was on the line if I didn't show up. Karen Hodges then proceeds to make derogatory statements such as "I'm sure you wish your life never turned out the way it did. It's not my fault who you chose to have your children with ". I feel like had I been Caucasian male or female she would've never made those comments. 64% of children in single parent households are Black or African American (The Annie E. Casey Foundation, 2019).   On July 15, 2020, I was informed by Lisa Gladden the carrier supervisor that I would be suspended due to not sharing my personal information protected by HIPPA. On July 11,2020 I was advised to provide documentation for my absences. The post mastered has targeted me specifically, she requires me to provide documentation for absences that isn't required by any other employee see( witness statement A) by Lisa Gladden. The postmaster ordered Lisa Gladden to take my badge and escort me out of the office because I refuse to disclose specifics regarding my

F.                                              Full Statement

FMLA case. Lisa Gladden also advised me that I would face consequences if I didn't return to work after my FMLA appointments. On June 29, 2021 the supervisor customer services harassed me about calling in and submitting doctors note for June 28-29, 2021. On July 22, 23 and July 27th, 2021, management fail to provide me with LLV (long life vehicle) for my route which resulted in me not being able to adequately perform the job in 90 degree I also had to walk fifteen miles. On July 27, 2021, I was denied overtime. I was placed on 14-day suspension due to the postmaster stating I pushed my parcel buggy through the double doors that two carriers were almost hit by the doors. The postmaster stated she was informed by Phylicia Cobbs that she was coming into the building and almost got hit so she reported the incident to the supervisor. The NALC Branch 595 President David Robertson interviewed Phylicia Cobbs see (witness statement F) she stated there was no report made about almost being hit by the doors nor did she see anyone else almost get hit. Ms. Cobbs stated she informed the supervisor " you may want to go outside". The postmaster had to bring me back to work from suspension and pay me for the 14-day suspension due to false accusations. I was informed by Ms. Cobbs on 8/17/21 at 10:13am via text message that Karen Hodges wanted to apologize for putting her name in the statement without talking to her first. I have been followed while on my route more than the normal carrier for observation. Observations are only conducted once or twice a year I was being followed sometimes more than twice a week. I was sexually harassed by Lisa Gladden continuously (See attachments G 1,2 and 3). Lisa Gladden would directly make unwanted sexual advances and comments such as asking me to have sex with her at the office while on the clock Andre Wilkerson present outside waiting. Lisa Gladden also approached me on my route in a see through house gown asking me to have sex with her. Lisa Gladden sent me a message stating (See attachment G2) "Forgive me, Apostle you know God showed me that this morning in his word. Descending and ascending that all things might be filled so he gave apostles, prophets evangelist, pastors, teachers, for the perfecting of the saints for the work of the ministry for the edifying of the body of Christ. So it is out of my own lust and I said it did'nt have anything to do with

F.                               Full Statement

home but it's a lie again not your concern. I do love you and love the way you are don't change it is a good thing very attractive on a young man , but I need to rebuke this lustful spirit. You know Wilkerson calls me Apostle lol. But God had to remind me in his word my place and I asked him to. I am to help you. Sometimes we get distracted by our own wants and needs. But I am here as always in my Fathers capacity as he chooses. Have a blessed day and rest in him. Talk to later ". (See attachment G3) "I'm sorry there are moments when you turn me own its harder at times for me to control this was one of those days ".

These events have caused a very hostile work environment. It has unreasonably interfered with my work performance and resulted in my medical providers taking me out of work for four months 04/13/22 – 07/24/22 (See attachment H4-H8). While being out on medical leave I experienced mental, emotional, and financial distress. I was unable to provide for my family bills became behind while being out on medical leave due to the hostile work environment. I experienced intentional infliction of emotional distress. Resulting in anxiety, panic attacks, and depression. I was prescribed medication for anxiety that made it worse. The medication made me feel "like a zombie". I was a completely different person I had no energy, depressed,  unmotivated , unable to sleep , stressed, withdrawn , panicky, no appetite and weight loss.  I was attacked and nearly bitten by a highly aggressive pit bull that broke off of its leash, while running in circles I was yelling to the owners get the dog which resulted in me losing my front partial. Animal control was called by one of the neighbors. I was told by my union president to file a PS form 1767. I handed the form to Lisa Gladden and she immediately became upset and began to talk in a hostile manner. She stated that "yall always make it seem like I've done something wrong". Lisa Gladden said she would say this was her first-time hearing that there, was an aggressive dog on my route. I was informed by Lisa Gladden to band up the mail and bring it back on multiple occasions. I was given a PDI ( pre-disciplinary investigation) for bringing back mail because of the dog on February 28, 2022. Management never looked into my complaints about the dog. I feel all of this could have been

F.                                            Full Statement

prevented with an appropriate investigation of the incident. On march 29th, 2022 I was approached by Lisa Gladden in a hostile manner about my leave, I filed a grievance with the union. March 29th, 2022 I was given a pivot on route 24 in which I was informed by Karen Hodges on February 7, 2020 that I would not be carrying this route again because of a incident with a customer on that route. I informed Lisa Gladden that I was not suppose to carry this route yet they still made me carry it. A city carrier by the name of Andre Wilkerson carried route 24 the day before I did and was approached by the same customer. I was informed that I have reason to worry about my safety when on route 24. I feel that management may be purposely putting my safety in jeopardy because of the lack of concern with the dog my route creating a hostile work environment. My safety was also in jeopardy by putting me on a route that I was informed, I would not have to carry then later forced to even after the incident with a customer. I am requesting a demand for jury trial.



Sincerely,

William L. Smith Jr.

*/s/ William L. Smith Jr.*

If yes, for how long?
N/A

H. What relief do you want from this court? For example:

Do you want your job back?
N/A

Have you suffered any damages? Loss of family and mental anguish

If so, how much? To be calculated

OTHER:
To be transferred to another office monetary compensation for emotional damages. I would like for the three employees to receive training on cultural competency.

**Attach additional sheets of paper as necessary and label this information as paragraph I., etc. Check here if additional sheets of paper are attached.** ☐

Signature of Plaintiff _____

VERIFICATION

State of _____

County of _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of _____, _____.

Signature of Plaintiff _____

6