IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| WILLIAM L. SMITH, | ) |
| | ) |
| Plaintiff, | ) Case No.: 4:23cv00003 |
| | ) |
| v. | ) |
| | ) |
| LOUIS DEJOY, | ) |
| POSTMASTER GENERAL, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate and agree that Plaintiff's Complaint against Defendant shall be and hereby is dismissed in its entirety with prejudice and without costs to any party.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

*/s/ Krista Consiglio Frith*
Krista Consiglio Frith
Assistant United States Attorney
Virginia State Bar No. 89088
P. O. Box 1709
Roanoke, VA  24008-1709
Telephone: 540-857-2250
Facsimile: 540-857-2283
E-mail:  krista.frith@usdoj.gov

/s/

William L. Smith, Jr.
1002 Hillsdale St.
Reidsville, NC 27320
*Pro Se* Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on February 20, 2024, I caused a true copy of the foregoing Joint Stipulation of Dismissal to be electronically filed with the Clerk of the Court using the CM/ECF system, and mailed a copy thru the United States Postal Service to the following non-CM/ECF participant, and emailed a copy of this Joint Stipulation of Dismissal to:

William L. Smith, Jr.
1002 Hillsdale St.
Reidsville, NC 27320

Email: williamsmith881@gmail.com

/s/ Krista Consiglio Frith

Krista Consiglio Frith
Assistant United States Attorney

7